UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DRUMMOND COMPANY, INC.,

    Plaintiff,

    v.

TERRENCE P. COLLINGSWORTH, et al.,

    Defendants.

_____/

No. C 13-80171 MISC PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of Lorraine M. Leete's motion to quash subpoenas to non-parties, and for all further discovery. Any date for hearing on discovery motions previously noticed on the undersigned's calendar is VACATED.

After the parties have met and conferred, they shall prepare a joint letter of not more than 8 pages with no more than 12 pages of attachments, explaining the dispute. The joint letter must be e-filed under the Civil Events category of "Motions and Related Filings> Motions--General>Discovery Letter Brief." The Magistrate Judge may issue a ruling, order additional briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

**IT IS SO ORDERED.**

Dated: August 19, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: MagRef, Assigned M/J, counsel of record